UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS DYRSSEN SR.,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL WESTERN LIFE INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No. 1:21-cv-00356-NONE-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE<br><br>(ECF No. 8) |

On May 12, 2021, Plaintiff filed a notice voluntarily dismissing this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (ECF No. 8.) Therefore, this action has been terminated. Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is respectfully directed to terminate all pending motions and deadline, assign a district judge to this case for the purposes of closing the case, and then close the case.

IT IS SO ORDERED.

Dated: **May 13, 2021**      /s/ Erica P. Grosjean
                              UNITED STATES MAGISTRATE JUDGE

1